```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

ARCHOS S.A.; ARCHOS, INC.,

              Plaintiffs,

vs.                                    Case No.  2:05-cv-119-FtM-29SPC

SMARTDISK CORPORATION,

              Defendant.
_____

## OPINION AND ORDER

On June 20, 2005, the Court entered an Opinion and Order (Doc. #31) finding that the civil action in the Eastern District of Texas by Smartdisk Corporation against Archos S.A. and Archos, Inc. (Archos) was the first filed action, and deferring the Motion to Dismiss, Transfer or Stay (Doc. #16) pending in the Middle District of Florida case.  On November 15, 2005, defendant filed a Notice of Order (Doc. #34) indicating that the Eastern District of Texas denied the motion to dismiss or transfer.  Defendant herein now seeks to renew its motion and dismiss the Middle District of Florida case.  On November 17, 2005, plaintiffs filed a Response (Doc. #35) agreeing to a stay but arguing that dismissal or transfer would be premature.

The Original Complaint for Patent Infringement (Texas Complaint) alleges infringement by Archos of United States Patent No. 6,658,202, which was issued to SmartDisk.  The Complaint for

Declaratory Judgment of Patent Invalidity and Non-Infringement (Florida Complaint) seeks a declaratory judgment finding non-infringement of Patent No. 6,658,202, and a finding that the Patent is invalid.

> Under Fed. R. Civ. P. 13(a),
>
> A pleading shall state as a counterclaim any claim which at the time of serving the pleading the pleader has against any opposing party, if it arises out of the transaction or occurrence that is the subject matter of the opposing party's claim and does not require for its adjudication the presence of third parties of whom the court cannot acquire jurisdiction.

Having reviewed the pending cases and arguments by counsel, the Court finds that the Florida Complaint is clearly a compulsory counterclaim to the Texas Complaint.  On November 28, 2005, Archos filed an Answer and Counterclaim (Case No. 2:05-cv-101-TJW, Doc. #25) which incorporates the allegations of the Complaint filed herein.  As the responsive pleading in the Eastern District of Texas now reflects the same arguments set forth in this case, it is clear that the pending cases are inseparable and the Court finds no prejudice if this action were to be dismissed.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion to Dismiss, Transfer or Stay (Doc. #16) is **GRANTED** as to the request to dismiss and otherwise **DENIED**.

2. The Clerk shall enter judgment dismissing the case without prejudice. The Clerk is further directed to terminate all pending deadlines and motions and close the Fort Myers case.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of November, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Judge T. John Ward
U.S. District Judge
Eastern District of Texas, Marshall Division

Counsel of record
DCCD